IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROGER D. REAM,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2405

Opinion filed November 3, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Roger D. Ream, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Barbara Debelius and Gayla Grant, Assistant General Counsels, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

ROWE, MAKAR, and KELSEY, JJ., CONCUR.